# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION (AMTRAK), ) ) ) ) Plaintiff, ) ) v. ) ) 3.44 ACRES MORE OR LESS OF LAND ) AND BUILDING, *et al.* ) ) Defendants. ) ) | Case No. 1:15-cv-01088 (CRC) |

## NOTICE OF PUBLIC FILING

Pursuant to the Parties' Stipulated Protective Order Regarding Confidentiality of Discovery Material ("Stipulated Protective Order") (Docket No. 82) and Defendant Fluorine LLC's Motion to Seal (Docket No. 102), Defendant Fluorine LLC hereby files public versions of its Reply To Amtrak's Opposition To Fluorine's Motion For Partial Summary Judgment and its Reply To Amtrak's Response To Fluorine's Statement Of Undisputed Material Facts. The parties have conferred, and Fluorine LLC has redacted these documents per Plaintiff Amtrak's request.

Dated: March 28, 2017            Respectfully submitted,

*/s/ Samuel C. Kaplan*
Robert M. Cooper (D.C. Bar No. 451576)
Samuel C. Kaplan (D.C. Bar No. 463350)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, D.C. 20005
Telephone:    (202) 274-1163

Facsimile: (202) 237-6131
rcooper@bsfllp.com
skaplan@bsfllp.com

Duane L. Loft (New York Bar No. 4397733)
(Admitted *pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave, 7th Floor
New York, NY 10022
Telephone: (212) 909-7606
Facsimile: (212) 446-2350
dloft@bsfllp.com

David A. Fuss (D.C. Bar No. 415073)
Scott B. Cryder (D.C. Bar No. 982573)
WILKES ARTIS, CHARTERED
1825 I Street, NW, Suite 300
Washington, D.C. 20006
Telephone: (202) 457-7803
Facsimile: (202) 457-7814
dfuss@wilkesartis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, Defendant Fluorine LLC has filed this Notice of Public Filing electronically and effected service to all counsel of record.

*/s/ Samuel C. Kaplan*
Samuel C. Kaplan